NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
jared.l.grimmer@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ANTONIO CORTEZ-MEZA,<br>  aka JORGE ANTONIO CORTES-MEZA,<br>  aka JORGE ANTONIO CORTEZ-MESA,<br><br>Defendant. | Case No. 2:20-cr-00207-JCM-EJY<br><br>**Motion to Unseal Case** |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about June 4, 2020, a Complaint was filed with the Court, charging Mr. Cortez-Meza with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00461-DJA.

2. Mr. Cortez-Meza made an initial appearance before the Court on or about June 8, 2020, and was ordered detained pending trial. *Id.* at ECF Nos. 3, 16. Mr. Cortez-Meza remains detained by the U.S. Marshal Service.

3. Mr. Cortez-Meza has signed a plea agreement with the United States, and this Court has set a change of plea hearing for September 11, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 14th day of August, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Jared L. Grimmer

JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00207-JCM-EJY |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| JORGE ANTONIO CORTEZ-MEZA, <br> aka JORGE ANTONIO CORTES-MEZA, <br> aka JORGE ANTONIO CORTEZ-MESA, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jorge Antonio Cortez-Meza,* is unsealed.

DATED August 19, 2020.

By the Court:

_____
Hon. James C. Mahan
United States District Judge

3