NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
jared.l.grimmer@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ANTONIO CORTEZ-MEZA,<br>  aka JORGE ANTONIO CORTES-MEZA,<br>  aka JORGE ANTONIO CORTEZ-MESA,<br><br>Defendant. | Case No. 2:20-cr-00207-JCM-EJY<br><br>**Stipulation to Continue Arraignment/Plea Hearing**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Defendant JORGE ANTONIO CORTEZ-MEZA, that the Arraignment/Plea Hearing currently scheduled for October 9, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than (1) week.

This stipulation is entered into for the following reasons:

1. Government counsel is unavailable for the currently scheduled hearing date and time.

2. Defendant is incarcerated and does not object to a continuance.

3. The parties agree with the continuance.

This is the first request for a continuance filed herein.

DATED this 1st day of October, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Katherine Tanaka                    /s/ Jared L. Grimmer
KATHERINE TANAKA                         JARED L. GRIMMER
Assistant Federal Public Defender        Assistant United States Attorney
Counsel for Defendant JORGE
ANTONIO CORTEZ-MEZA

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00207-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| JORGE ANTONIO CORTEZ-MEZA,<br>aka JORGE ANTONIO CORTES-MEZA,<br>aka JORGE ANTONIO CORTEZ-MESA, | |
| Defendant. | |

Based on the stipulation of counsel and good cause appearing,

IT IS HEREBY ORDERED that the Arraignment/Plea Hearing currently scheduled on October 9, 2020 at the hour of 10:00 a.m., be vacated and continued to November 6, 2020 at the hour of 10:30 a. m.

DATED October 2, 2020.

By the Court:

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE